IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:06cr5-SPM

JOSE LEONARDO PARRA,

    Defendant.
_____/

## ORDER TERMINATING SUPERVISED RELEASE

This cause comes before the Court on Defendant's Motion for Early Termination of Supervised Release (doc. 108). Defendant has been on supervised release for three years and two and a half months during which time he has complied with all conditions. The Government offers no objection to early termination. The Court finds that early termination is warranted by the conduct of Defendant and in the interest of justice. 18 U.S.C. § 3583(e)(1); Fed. R. Crim. P. 32.1(c)(2)(B). Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 108) is granted. Defendant's term of supervised release is terminated.

DONE AND ORDERED this 7th day of September, 2011.

        *S/ Stephan P. Mickle*
        Stephan P. Mickle
        Senior United States District Judge